**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601

```
------------------------------------X
Trustees of the Teamsters Local 456
Pension, HEalth & Welfare, Annuity
Education and Training, S.U.B.

                Plaintiffs,
                                           NOTICE OF ASSIGNMENT

        -V-                                07-cv-6638 (KMK)(MDF)


Metra New York


                Defendants.
------------------------------------X
```

    Pursuant to the memorandum of the Case Processing Assistant
the above entitled action is assigned to the calendar of

            HON. Kenneth M. Karas

    All future documents submitted in this action shall bear the
assigned judge's initials after the case number.  If this case is
assigned to the Electronic Case Filing (ECF) system, documents
must be submitted electronically, and shall also bear the
notation "ECF CASE" under the docket number.

    The attorney(s) for the plaintiff(s) are requested to serve
a copy of the Notice of Assignment on all defendants.


                                    J. Michael McMahon, CLERK

                                by: _____
                                            Deputy Clerk

DATE: 8/6/07


DESIGNATED TO MAGISTRATE JUDGE: Mark D. Fox
CC:  Attorneys of Record
WP ASSIGNMENT FORM



Data Quality Control                          Revised: September 9, 2004
I:FORMS\ASSIGN\ASSIG.WPD