UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Trustees of the Teamsters Local 456 Pension,
Health & Welfare, Annuity, Education & Training, S.U.B.,
Industry Advancement and Legal Services Funds and the
Westchester Teamsters Local Union No. 456,

        Index No. 07 CIV6638 (KMK)

      Plaintiffs,    **VOLUNTARY NOTICE OF DISMISSAL**

-and-

METRA NEW YORK a/k/a METRA INDUSTRIES, INC.,

      Defendant.
-----------------------------------------------------------x

    PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) plaintiffs, by the undersigned attorney of record, hereby voluntarily dismiss the above entitled action with prejudice

Dated: November 9, 2007
       Elmsford, New York

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC

_____
Karin Arrospide, Esq. (KA9319)
Attorney for Plaintiffs
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

SO ORDERED:
_____
Honorable Kenneth M. Karas, U.S.D.J.

dated 11/14/07

NOV 2007